UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DUSTIN ANDREW DILLARD** | * | **CIVIL ACTION NO:** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **THE ALABAMA GREAT SOUTHERN RAILROAD COMPANY** | * * | **MAGISTRATE DIVISION:** |

**************************************

**FEDERAL EMPLOYER'S LIABILITY ACT COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, Dustin Andrew Dillard, a person of the full age of majority residing and domiciled in the State of Mississippi, who respectfully represents as follows:

1. This Court has subject matter jurisdiction by virtue of 28 U.S.C. § 1331.

2. Venue is proper in the Eastern District of Louisiana as Orleans Parish is the place where the accident, which is the subject of this lawsuit, occurred and thus the cause of action arose in the State of Louisiana, Parish of Orleans, and Defendant, the Alabama Great Southern Railroad Company [hereinafter "AGS"], at all times mentioned was doing business in said parish and state as a common carrier engaged in interstate commerce by rail.

3. This action arises under the provisions of the Federal Employer's Liability Act, 45 U.S.C. § 51 *et seq.* commonly referred to as "FELA," to recover damages for personal injuries sustained by the Plaintiff while employed by the Defendant, AGS, and while on duty, engaged in interstate commerce discharging his job duties at the railroad.

4.     The Defendant, AGS, is a non-Louisiana business corporation with its principal business establishment in Louisiana in the Parish of Orleans, doing business under the name Alabama Great Southern Railroad, and as such, engages in interstate commerce as a common carrier by railroad.

5.     Defendant, AGS, is liable unto Plaintiff, Dustin Andrew Dillard, for all damages he sustained, as well as all general and equitable relief, together with legal interest thereon from the date of judgment until paid, and for all costs of these proceedings for the following reasons to-wit:

6.     On or about November 18, 2010, Plaintiff at the time of his injury was working on defendant's track in furtherance of interstate commerce and his work directly, closely and substantially affected the general interstate commerce carried on by the Defendant, AGS in running trains in interstate commerce between the various states.

7.     On or about November 18, 2010, Plaintiff was injured as a result of the negligence of Defendant, its agents and/or employees, when he was caused to be injured while working in or around the Oliver Yard in New Orleans, Louisiana.  During the course and scope of his employment, Plaintiff's foot was crushed and broken, through no fault of his own, by a large piece of railing.  Defendant, AGS' negligence in failing to provide a reasonably safe work place under the provisions of FELA caused the railing to strike Plaintiff.  As a result, in whole or in part, of said negligent acts and omissions, Plaintiff sustained severe and debilitating injuries to his left foot requiring orthopedic surgery and resulting in permanently disability that has, and will, prevent his return to his career working for the railroad.

8.     Plaintiff  avers that at the time of his injuries, he was an able-bodied railroad worker, that as a direct cause, in whole or in part, of Defendant's negligence under the Federal Employer's

Liability Act (FELA), Plaintiff received severe and permanent career ending injuries to his lower left extremity including in particular, his left foot requiring continued orthopedic intervention and further causing ongoing physical pain as well as economic loss for wages, fringe benefits and unpaid medical expenses for which he demands recovery.

9. Plaintiff further avers that Defendant, through their agents, servants, and employees negligently and carelessly failed to provide him with a reasonably safe place to work in violation of the provisions of the FELA, 45 U.S.C. § 51, *et seq*., thereby causing the aforementioned accident; and the negligence of AGS includes, but is not limited to:

   A. In that AGS, in violation of its non-delegable duty, failed to provide Plaintiff with a reasonably safe place to work;

   B. In that AGS failed to provide safe working conditions, with properly located equipment where Plaintiff was required to work and perform his duties in the manner required by Defendant;

   C. In that AGS failed to provide proper assistance to Plaintiff to perform his duties;

   D. In that AGS failed to exercise due care and caution commensurate with the surrounding circumstances; and

   E. Other acts and omissions of negligence, which will be fully enumerated at the trial of this matter.

10. Plaintiff demands all damages reasonable in the premises and specifically itemizes the following damages for which he seeks recovery:

   A. Physical Pain and Suffering, Past and Future;

   B. Mental Pain and Suffering, Past and Future;

   C. Permanent Disability;

    D. Loss of Enjoyment of Life;

    E. Past Lost Wages;

    F. Future Lost Earnings and Fringe Benefits;

    G. Unpaid Past and Future Medical Expenses;

11. Plaintiff reserves the right to supplement and amend this Complaint, as additional facts become known to him.

12. Plaintiff is entitled to and demands a trial by jury.

WHEREFORE, Plaintiff, Dustin Andrew Dillard, prays that Defendant, the Alabama Great Southern Railroad Company, be duly served with a copy of this Complaint and be summoned to appear and answer same and after due proceedings are held that there be Judgment granted herein in favor of the Plaintiff, Dustin Andrew Dillard, and against the Defendant, the Alabama Great Southern Railroad Company, for all sums reasonable in the premises, together with legal interest thereon from the date of judgment, until paid, for all costs of these proceedings and for all general and equitable relief.

Respectfully Submitted,

**DAVIS, SAUNDERS & MILLER, PLC**

BY: */s/ Benjamin B. Saunders*

**BENJAMIN B. SAUNDERS #11733**
**JOSEPH M. MILLER #30636**
**CARISA GERMAN-ODEN #31463**
400 Mariners Plaza Drive, Suite 401
Mandeville, Louisiana 70448
Telephone: (985) 612-3070
Facsimile: (985)612-3072

**Attorneys for Plaintiff,**
**DUSTIN ANDREW DILLARD**